**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is the Dallas County Probate Appeals Clerk's December 28, 2018 request for a thirty-day extension of time to file the record. We **GRANT** the request and **ORDER** the record filed no later than January 28, 2019. *See* TEX. R. APP. P. 35.3(c).

/s/     DAVID EVANS
        JUSTICE